UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
OCT - 8 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 5:26-MJ-5283-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.**

**MOTION BY THE UNITED STATES TO UNSEAL COMPLAINT AND RELATED DOCUMENTS**

**KAYLIEB M. THOMPSON** **DEFENDANT**

* * * * *

Defendant Kaylieb THOMPSON is currently in federal custody in the Eastern District of Kentucky pursuant to the Arrest Warrant for the Complaint herein. THOMPSON was arrested on October 7, 2026, and is now confined at the Fayette County Detention Center. The United States has requested a date and time for his Initial Appearance through the normal channels. Therefore, there is no need for continued sealing and the United States moves to unseal the Complaint and other documents that were sealed by the Order dated on or about October 6, 2026.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: G. Todd Bradbury

G. Todd Bradbury
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4898
Gary.T.Bradbury@usdoj.gov