**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:26-MJ-5283-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER UNSEALING COMPLAINT AND OTHER DOCUMENTS**

**KAYLIEB M. THOMPSON** **DEFENDANT**

* * * * *

The Court ORDERS that the motion of the United States to unseal the Complaint and other documents sealed by the Order dated on or about October 6, 2026, is GRANTED. The Complaint and other documents are UNSEALED.

On this _____ day of October 2026.

______________________________
MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE

Copies: United States Marshal
United States Probation
G. Todd Bradbury, Assistant United States Attorney