UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 26-115-REW-MAS At Lexington Date October 16, 2026

USA vs. Kaylieb M. Thompson x present x custody ___ bond ___ OR Age ___

PRESENT: HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Kendra Williams | Audio File | none | Aubrey Girouard/ G. Todd Bradbury |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant Patrick E. O'Neill x present ___ retained x appointed

I, Kendra Williams, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__5-26-cr-115-REW-MAS_20261016_133955

PROCEEDINGS: **DETENTION HEARING**

The parties appeared for detention hearing as noted. United States Probation Office Deryn Warren was also present. The Court heard testimony of one witness, proffer, and arguments of counsel as to the issue of detention.

The Court **ORDERS** as follows:

1. The motion of the United States for pretrial detention is **GRANTED**; however, the motion shall administratively remain pending until entry of the separate written opinion.

2. The Bond Report shall be filed **UNDER SEAL**.

3. The defendant remains in the custody of the U.S. Marshal Service pending further proceedings.

Copies: COR, USP, USM Initials of Deputy Clerk: kw TIC: /49 min

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY